**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00642-CV**

---

**AISHA RILEY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, Appellants**

**V.**

**HOUSTON NORTHWEST OPERATING COMPANY, L.L.C., A TEXAS LIMITED LIABILITY COMPANY  D/B/A "HCA HOUSTON HEALTHCARE NORTHWEST" AND "HOUSTON NORTHWEST MEDICAL CENTER"; AND GULF COAST DIVISION, INC., A TEXAS CORPORATION, D/B/A "HCA HOUSTON HEALTHCARE," Appellees**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-39473**

---

**MEMORANDUM  OPINION**

This is an interlocutory appeal from an order signed October 21, 2021. On January 12, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App.

P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.